4 A.3d 151

IN THE MATTER OF RALPH V. FURINO, AN ATTORNEY AT LAW (ATTORNEY NO. 000131981).

September 23, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–112, concluding that **RALPH V. FURINO** of **JAMESBURG,** who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.1(a) (gross neglect),

*RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed about the matter), *RPC* 1.8(e) (providing financial assistance to client in connection with contemplated litigation), and *RPC* 1.8(h)(1) (making agreement with client to limit attorney's liability for malpractice when client not independently represented by counsel), and good cause appearing;

It is ORDERED that **RALPH V. FURINO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.